UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40764
consolidated with
No. 99-40765
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ALONSO GARCIA-PAHUADA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(B-99-CR-3-1)
_____

February 15, 2000

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Luis Alonso Garcia-Pahuada has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Garcia-Pahuada has *not* filed a brief in response.

Our review of the brief filed by counsel and of the record discloses *no* nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the appeal is **DISMISSED**.

*MOTION GRANTED; DISMISSED*

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.